DOTTIE WARD, as Administratrix de Bonis Non of NOAH D. PALMITIER, Deceased, Respondent, *v.* NEWBURGH SAVINGS BANK, Appellant.

Submitted January 14, 1946; decided March 7, 1946.

*J. Townsend Cassedy* and *George M. Northrop* for appellant.
*N. LeVan Haver* for respondent.

Judgment of Appellate Division reversed and that of Trial Term affirmed, with costs in this court and in the Appellate Division, on the ground that there was no evidence that the bank had notice that the withdrawal from the estate account was to be used for other than estate purposes. [See 295 N. Y. 890.]

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and MEDALIE, JJ. Taking no part: CONWAY, J.